Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
18L537
Filed Date: 6/19/2018 2:25 PM
Envelope: 1267224
Clerk: RR

| STATE OF ILLINOIS | ) | |
|---|---|---|
| | ) | SS. |
| COUNTY OF WILL | ) | |

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

| MARICELA CARLIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18L537 |
| | ) | |
| WAL-MART STORES, INC. n/k/a | ) | |
| WALMART, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

COMES NOW the Plaintiff, MARICELA CARLIN, by and through her attorney, THOMAS P. POLACEK of the Law Firm of McNAMARA PHELAN McSTEEN, LLC., and for her Complaint at Law against Defendant, WAL-MART STORES, INC. N/K/A WALMART,INC., hereby states as follows:

1. That on July 16, 2016, and for a long time prior and subsequent thereto, the Defendant, WAL-MART STORES, INC., owned, operated, maintained and controlled the premises located at 16241 South Farrell Road, City of Lockport, County of Will and State of Illinois, (hereinafter "Lockport store").

2. That in the course of said operation, the Defendant, WAL-MART STORES, INC., invited the Plaintiff, MARICELA CARLIN, to enter said premises.

3. That on or about said date, the Plaintiff, MARICELA CARLIN, was on the premises of said Defendant, pursuant to said invitation.

Initial case management set for 10/09/2018 at: 9:00 a.m.

1


EXHIBIT B

4. That at all times material herein, the Plaintiff, MARICELA CARLIN, was in the exercise of ordinary care and caution for his own safety and free from contributory or comparative negligence.

5. That it then and there became and was the duty of the Defendant, WAL-MART STORES, INC., by and through its duly authorized agents, servants, and/or employees, to exercise reasonable care in the care and maintenance of said premises, as well as the merchandise placed for display therein, for the safety of those persons, including the Plaintiff, who were lawfully on said premises.

6. That at said time and place, the Defendant, WAL-MART STORES, INC., by and through its duly authorized agents, servants, and/or employees notwithstanding their duty aforesaid, was guilty of one or more of the following negligent and careless acts or omissions:

(a) Carelessly and negligently failed to clean and secure the aisleways at and near the registers within its Lockport store and/or failed to maintain said areas in a safe condition, specifically failing to maintain said area free of produce in the form of one or more loose grapes on the floor;

(b) Carelessly and negligently failed to properly inspect the public aisles at and near the registers within its Lockport store, creating a condition that Defendant knew or should have known was hazardous;

(c) Carelessly and negligently failed to warn patrons, including Plaintiff, that said areas within its premises was unsafe and hazardous;

(d) Carelessly and negligently failed to remedy the unsafe and hazardous condition for an unreasonably long period of time;

(e) Was otherwise careless and negligent in maintaining the public areas of its Lockport store.

7. That as a direct and proximate result of one or more of the foregoing acts or omissions, the Plaintiff, MARICELA CARLIN, was caused to then and there step onto one or

2

more grapes on the floor near the register area of the Lockport store, causing her to fall and injure herself as a result of the unsafe condition(s) described in Paragraph 6.

8. That as a direct and proximate result of the aforesaid, the Plaintiff, MARICELA CARLIN, suffered diverse injuries, both internally and externally, of a permanent and lasting nature, which have caused and will continue to cause pain in body and mind; that the Plaintiff was caused to spend and in the future will be compelled to expend, large sums of money in endeavoring to be cured of said injuries; that the Plaintiff was caused to and did lose much time from her employment, thereby incurring losses of large sums of money; including wage loss, and the Plaintiff has been and in the future will be prevented from attending to her usual affairs and duties.

WHEREFORE, Plaintiff, MARICELA CARLIN, prays judgment against the Defendant, WAL-MART STORES, INC, for a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

Respectfully submitted,

BY: _____
Attorney for Plaintiff

McNAMARA PHELAN McSTEEN, LLC
THOMAS P. POLACEK
3601 McDonough Street
Joliet, IL 60431
(815) 727-0100
ARDC#: 06217317

3

STATE OF ILLINOIS )
)SS
COUNTY OF W I L L

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

### AFFIDAVIT

I, THOMAS P. POLACEK, having been duly sworn under oath, state that the total money damages exceeds fifty thousand dollars and no one hundredths ($50,000.00).

_____
Thomas P. Polacek
One of Plaintiff's Attorney's

SUBSCRIBED and Sworn to before

me this 15th day of June, 2018.

_____
Notary Public

OFFICIAL SEAL
SUSAN M. SMITH
Notary Public - State of Illinois
My Commission Expires 12/23/2019

4